## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PA. DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>John Vertrulli<br>&<br>Maryanne Vertrulli<br><br>    Debtor | CHAPTER 13<br><br>BKY. NO. 19-11281 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esq**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322