IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  John Vetrulli | : | Chapter 13 |
| and Maryanne Vetrulli | : | |
| Debtors | : | Bankruptcy No.: 19-11281-elf |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtors' proposed First Amended Chapter 13 Plan dated and docketed April 17, 2019 was forwarded to the following parties, as follows:

*Via First Class United States Mail on April 17, 2019:*

Mr. Jeffrey J. Brown, CEO
Ally Financial Inc.
Ally Detroit Center, Floor 10
500 Woodward Avenue
Detroit, MI 48226

*Via Electronic Filing (ECF on April 17, 2019:*

Rebecca Ann Solarz, Esquire on behalf of PNC Bank National Association
bkgroup@kmllawgroup.com

William C. Miller, Esq, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By:   */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@SJR-LAW.com

Date: April 17, 2019         Counsel for Debtor