Phoenixville Hospital
PO Box 12830
Philadelphia, PA 19176-0830

PFA Phoenixville Hospital
PO Box 13521
Reading, PA 19612-3521

PMA Medical Specialists
Patient Bill Processing Center
PO Box 791486
Baltimore, MD 21279-1486

Phoenixville Clinic Company, LLC
Attn #8651J
PO Box 14000
Belfast, ME 04915-4033