## UNITED STATES BANKRUPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: John Vetrulli** | \| | **Chapter 13** |
| **and Maryanne Vetrulli** | \| | |
| **Debtor(s)** | \| | **BK No. 19-11281-elf** |

### CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1.    That I am the attorney for Debtor(s) in the above captioned matter.

2.    That a copy of the Application for Compensation was filed with the Court on May 21, 2019, along with the Notice of Application and Response Deadline, and a Certificate of Service of the Application and Notice was filed verifying that the documents were timely served on May 21, 2019.

3.    A response was due on or before June 11, 2019.

4.    As of June 20, 2019, no response to said Application has been received.

Respectfully Submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*
Joseph L. Quinn, Esquire
Attorney for Debtor
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph: (610) 323-5300

Dated: June 20, 2019