THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  John Vetrulli and    :  Chapter 13
  Maryanne Vetrulli,    :
     Debtors   :  No. : 19-11281-elf

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the Chapter 13 Plan

(Post-Confirmation), and after notice and an opportunity for hearing, if any, it is hereby

ORDERED that the Debtor's Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated July 27, 2020 is

hereby APPROVED.


       BY THE COURT:


       _____
       HONORABLE ERIC L. FRANK
       U.S. BANKRUPTCY JUDGE