THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  John Vetrulli and | : | Chapter 13 |
| Maryanne Vetrulli, | : | |
| Debtors | : | No. : 19-11281-elf |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on July 27, 2020, have been served upon the following by the means stated:

*Via First Class Mail, Postage Pre-Paid on July 27, 2020:*

Heather Lockman, Bank. Coord.
Ally Bank
PO Box 130424
Roseville, MN 55113-0004

*Via Electronic Filing (ECF) on July 27, 2020:*

Rebecca Ann Solarz on behalf of Creditor PNC Bank National Association
bkgroup@kmllawgroup.com

William C. Miller, Esquire Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*
    Joseph Quinn, Esquire
    Attorney I.D. 307467
    Ross, Quinn & Ploppert, P.C.
    192 S. Hanover Street, Suite 101
    Pottstown, PA  19464
    Ph: (610) 323-5300
    F:  (610) 323-6081

Dated: July 27, 2020