IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  John Vetrulli and | : | Chapter 13 |
| Maryanne Vetrulli, | : | |
| Debtor | : | No.: 19-11281-elf |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for John Vetrulli and Maryanne Vetrulli, Debtors in the above-captioned matter.

2. That a motion to modify the plan and proposed modified plan were filed with the Court on July 27, 2020.

3. That a copy of the Motion, along with a Notice of Motion and proposed modified plan were served on parties in interest on July 27, 2020.

4. That a certificate of service was filed with the court on July 27, 2020 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before August 20, 2020.

6. No response to said Motion has been received as of September 14, 2020.

ROSS, QUINN & PLOPPERT, P.C.

BY:  */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081

Date: September 14, 2020        JQuinn@rqplaw.com