# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:  John Vetrulli and | | Chapter 13 |
|---|---|---|
| Maryanne Vetrulli, | | |
| Debtor(s) | | BK No. 19-11281-elf |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for John Vetrulli and Maryanne Vetrulli, debtors in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on July 30, 2020 along with the Notice of Application and Certificate of Service were timely served on parties in interest on July 30, 2020.

3. A response deadline to the application was due on or before August 20, 2020.

4. As of September 16, 2020, no response to said Application has been received.

                          **ROSS, QUINN & PLOPPERT, P.C.**

                          By: */s/ Joseph L. Quinn*
                               Joseph L. Quinn, Esquire
                               Attorney for Debtor
                               Attorney I.D. No. 307467
                               192 S. Hanover Street, Suite 101
                               Pottstown, PA 19464
                               Ph: (610) 323-5300

Dated: September 16, 2020