# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PA. DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** John Vetrulli<br>Maryanne Vetrulli<br>**Debtor(s)** | **BK NO. 19-11281 ELF**<br><br>**Chapter 13** |
| **PNC BANK NATIONAL ASSOCIATION**<br>**Movant**<br>vs.<br>John Vetrulli<br>Maryanne Vetrulli<br>**Debtor(s)**<br><br>William C. Miller Esq.,<br>**Trustee** | |

## AMENDED CERTIFICATE OF SERVICE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 27, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
John Vetrulli
2323 Colonial Drive
Gilbertsville, PA 19525

Maryanne Vetrulli
2323 Colonial Drive
Gilbertsville, PA 19525

<u>Attorney for Debtor(s)</u>
Joseph L. Quinn, 192 S. Hanover Street, Suite 101
Pottstown, PA 19464

<u>Trustee</u>
William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Method of Service:  electronic means or first class mail

Dated: <u>January 27, 2021</u>

**/s/Rebecca A. Solarz Esquire**
Rebecca A. Solarz Esquire
Attorney I.D. 315936
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com