## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PA. DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John Vetrulli<br>　　　Maryanne Vetrulli<br>　　　　　　　　Debtor(s)<br><br>PNC BANK NATIONAL ASSOCIATION<br>　　　　　　　　Movant<br>　vs.<br><br>John Vetrulli<br>Maryanne Vetrulli<br>　　　　　　　　Debtor(s)<br><br>William C. Miller Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 19-11281 ELF<br><br><br><br>11 U.S.C. Sections 362 and |

## ORDER

AND NOW, this 15th day of April, 2021 upon consideration of Movant's Motion to Approve Payment Deferral, it is **ORDERED** that the Debtor is authorized to enter into the Payment Deferral Agreement executed on January 20, 2021 and referenced in the Motion.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

John Vetrulli
2323 Colonial Drive
Gilbertsville, PA 19525

Maryanne Vetrulli
2323 Colonial Drive
Gilbertsville, PA 19525

Joseph L. Quinn
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532