United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-11281-elf |
|---|---|
| John Vetrulli | Chapter 13 |
| Maryanne Vetrulli | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + John Vetrulli, Maryanne Vetrulli, 2323 Colonial Drive, Gilbertsville, PA 19525-9639 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 03:21:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Joint Debtor Maryanne Vetrulli CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor John Vetrulli CourtNotices@rqplaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 15, 2021 | Form ID: pdf900 | Total Noticed: 2

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PA. DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John Vetrulli<br>Maryanne Vetrulli<br>Debtor(s) | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION<br>Movant<br>vs. | NO. 19-11281 ELF |
| John Vetrulli<br>Maryanne Vetrulli<br>Debtor(s) | 11 U.S.C. Sections 362 and |
| William C. Miller Esq.<br>Trustee | |

## ORDER

AND NOW, this 15th day of April, 2021 upon consideration of Movant's Motion to Approve Payment Deferral, it is **ORDERED** that the Debtor is authorized to enter into the Payment Deferral Agreement executed on January 20, 2021 and referenced in the Motion.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

John Vetrulli
2323 Colonial Drive
Gilbertsville, PA 19525

Maryanne Vetrulli
2323 Colonial Drive
Gilbertsville, PA 19525

Joseph L. Quinn
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532