United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11281-pmm |
| John Vetrulli | Chapter 13 |
| Maryanne Vetrulli | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 14, 2024 | Form ID: 138OBJ | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Vetrulli, Maryanne Vetrulli, 2323 Colonial Drive, Gilbertsville, PA 19525-9639 |
| 14326152 | | PFA Phoenixville Hospital, PO Box 13521, Reading, PA 19612-3521 |
| 14326153 | | PMA Medical Specialists, Patient Bill Processing Center, PO Box 791486, Baltimore, MD 21279-1486 |
| 14297113 | + | PNC Bank National Association, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14326154 | | Phoenixville Clinic Company, LLC, Attn #8651J, PO Box 14000, Belfast, ME 04915-4033 |
| 14281515 | + | Phoenixville Hospital, 140 Nutt Road, Phoenixville, PA 19460-3900 |
| 14326151 | | Phoenixville Hospital, PO Box 12830, Philadelphia, PA 19176-0830 |
| 14327800 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14281680 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 15 2024 00:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14320719 | | Email/Text: ally@ebn.phinsolutions.com | Mar 15 2024 00:12:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14621711 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 15 2024 00:28:32 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14281506 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 15 2024 00:12:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14281507 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 15 2024 00:13:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14281508 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:27:49 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14281509 | + | Email/Text: notices@burt-law.com | Mar 15 2024 00:13:00 | Burton Neil & Associates, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |
| 14281510 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2024 00:26:57 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14303872 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 15 2024 00:27:52 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14281511 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2024 00:13:00 | Comenity Bank/kingsize, Po Box 182789, Columbus, OH 43218-2789 |
| 14281513 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:28:32 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: 138OBJ | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14284133 | | Email/Text: mrdiscen@discover.com | Mar 15 2024 00:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14281512 | + | Email/Text: mrdiscen@discover.com | Mar 15 2024 00:12:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14303738 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 15 2024 00:27:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14281514 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 15 2024 00:16:39 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14302365 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 15 2024 00:12:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14281516 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 15 2024 00:12:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14322142 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2024 00:27:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14281517 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 15 2024 00:15:43 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14281518 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 15 2024 00:15:43 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14281519 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 15 2024 00:16:08 | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14281970 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2024 00:27:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14281520 | + | Email/Text: bncmail@w-legal.com | Mar 15 2024 00:13:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14281521 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 15 2024 00:27:43 | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 14285086 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 15 2024 00:16:10 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14303099 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 15 2024 00:28:33 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14748267 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 15 2024 00:28:33 | Wells Fargo N.A. Personal Lending, P.O. Box 564300, Charlotte, NC 28256-4300 |
| 14281522 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 15 2024 00:15:42 | Wf Pll, Po Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14282352 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: 138OBJ | Total Noticed: 38 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Joint Debtor Maryanne Vetrulli CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor John Vetrulli CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John Vetrulli and Maryanne Vetrulli

      Debtor(s)

Case No: 19−11281−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/14/24